DAVID T. BROWN, ESQ.
Nevada Bar No. 006914
BROWN BROWN & PREMSRIRUT
520 South Fourth Street, 2nd Fl.
Las Vegas, Nevada 89101
Phone: (702) 384-5563
Fax: (702) 385-1023
dbrown@brownlawlv.com
Attorney for Defendant - JECORIAN MCCUTHEON

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> JECORIAN MCCUTHEON, ) <br> ) <br> Defendants. ) <br> _____) | Case No. 2:21-cr-00168-JAD-EJY |

## **MOTION FOR PRE-PLEA PRESENCE REPORT**

COMES NOW, defendant JECORIAN MCCUTHEON, by and through his attorney of record, DAVID T. BROWN, ESQ., hereby submits and files this motion asking the court to direct the Probation Department to prepare a Pre-Plea Presentence Report.

This Motion is made and based upon 18 U.S.C. § 3161, the attached memorandum of points and authorities, the supporting declaration, the pleadings and papers on file herein, and argument to be entertained by the Court.

Dated this 26th day of June, 2023.

/s/ David Brown
_____
 DAVID T. BROWN, ESQ.
 Counsel for Defendant
BROWN, BROWN & PREMSRIRUT
520 South Fourth Street, 2nd Fl.
Las Vegas, Nevada 89101
Phone: (702) 384-5563
dbrown@brownlawlv.com
Attorney for Defendant

# MEMORANDUM OF POINTS AND AUTHORITIES

# POINTS AND AUTHORITIES

Defendant Jecorian McCutheon has an outstanding plea offer that was made to him. However, he is unsure of his actual criminal history category due to the fact that he has criminal history contacts outside the local jurisdiction.  As such, the undersigned is uncomfortable advising him as to what his criminal history is as we are unaware of what convictions there are, whether he was represented by counsel, and all other salient information needed to properly calculate his criminal history category.  As such a Pre-Plea Presentence Report would be best to help to ascertain these facts.

Counsel has spoken with the Assistant United States Attorney assigned to this case, Joshua Brister, Esq., and he does not object to this request.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 26th day of June, 2023 I filed a true and correct copy of the Defendant's Motion via the ECF Filing system for the Southern District of Nevada to all registered parties.

/s/ Alexis Budner
_____
Employee of Brown, Brown & Premsritut

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED:  June 27, 2023.